In the Matter of the Liquidation of the NEW YORK AGENCY OF THE BANK OF CREDIT AND COMMERCE. BANK OF CREDIT AND COMMERCE INTERNATIONAL, S.A., Respondent, v APPLETREE TRADING CORP. et al., Appellants, et al., Defendants. [639 NYS2d 693]

No opinion. Concur—Ellerin, J. P., Rubin, Ross, Williams and Tom, JJ.